## E. J. McAleer & Co., Inc., Appellant, *v.* Iceland Products, Inc., et al.

Argued March 21, 1975. *Edward C. Toole, Jr.*, with him *Samuel B. Fortenbaugh, Jr., Doris Benson*, and *Clark, Ladner, Fortenbaugh & Young*, for appellant; *William D. Boswell*, with him *Mark E. Garber, Jr.*, and *Berman, Boswell, Snyder & Tintner*, and *Garber, Fowler & Adams*, for appellees.

Judgment affirmed.

## Four States Builders, Inc. *v.* Moon, et al., Appellants.

Submitted March 24, 1975. *Herbert G. Hardin*, and *Leslie P. Hill, II*, for appellants; *Henry A. Stein*, and *Mesirov, Gelman, Jaffe & Cramer*, for appellee.

Order affirmed.

## Johnson *v.* Johnson, Appellant.

Argued June 9, 1975. *John J. Krafsig, Jr.*, for appellant; *Henry O. Heiser, III*, with him *Swope & Frazee*, for appellee.

Order affirmed.